**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| RONNY CHARLES HOWARD, #937145 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv381 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's petition is **TRANSFERRED** to the Fifth Circuit Court of Appeals.

**So ORDERED and SIGNED this 11th day of January, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**